UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MCKESSON CORPORATION,
a Delaware corporation,

        Plaintiff,

vs.                                        CASE NO. 8:24-cv-01398-WFJ-NHA

BENZER OH 7 LLC, an Ohio limited liability
company; BENZER PHARMACY HOLDING
LLC, a Florida limited liability company;
ALPESH PATEL, individually, MANISH
PATEL, individually, and HEMA PATEL,
individually,

        Defendants.
_____/

**FINAL DEFAULT JUDGMENT IN FAVOR OF PLAINTIFF
AND AGAINST DEFENDANTS BENZER OH 7 LLC,
<u>ALPESH PATEL AND MANISH PATEL</u>**

      Pursuant to Federal Rule of Civil Procedure 58, and in accordance with the reasons stated in Plaintiff's Motion for Entry of Judgment After Default Against Defendants Benzer OH 7, LLC, an Ohio limited liability company, Alpesh Patel and Manish Patel (Doc. 31) (collectively, the "Defendants") as granted by this Court's Endorsed Order on November 8, 2024 (Doc. 36), it is:

      **ORDERED AND ADJUDGED** that

      1.    This Court has jurisdiction of the subject matter and over the Defendants. Due and legal service of process has been had upon said Defendants.

1

The Defaults against said Defendants (Docs. 21 and 29) are hereby ratified and confirmed.

2. Judgment is hereby ENTERED in favor of Plaintiff McKesson Corporation, whose address is 6555 State Highway 161, Irving, TX 75037, and who shall recover from Defendants, Benzer OH 7, LLC, an Ohio limited liability company, whose last known address is 263 Xenia Avenue, Yellow Springs, OH 45387, and whose tax identification number is 35-2630178, and Alpesh Patel, whose last known address is 10845 Standing Stone Drive, Wimauma, FL 33598, and whose Social Security Number is xxx-xx-4980, and Manish Patel whose last known address is 29346 Earth Lane, Farmington Hills, MI 48331, and whose Social Security Number is xxx-xx-1726, jointly and severally, the total amount of **$88,135.08**, plus post-judgment interest accruing from the date of entry of this judgment pursuant to 28 U.S.C. § 1961, for which sum let execution issue.

3. Plaintiff shall immediately serve a copy of this Judgment upon the Defendants and file a certificate of service on the record.

**DONE AND ORDERED** in Chambers at Tampa, Florida, this 12th day of November, 2024.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

137917480.1

*Copies furnished to*:

Benzer OH 7, LLC
n/k/a Yellow Springs Pharmacy
c/o Northwest Registered Agent
Service, Inc.
6545 Market Avenue North, Suite 100
North Canton, OH 44721

*and*

263 Xenia Avenue
Yellow Springs, OH 45387

Alpesh Patel
10845 Standing Stone Drive
Wimauma, FL  33598

Manish Patel
29346 Earth Lane
Farmington Hills, MI  48331